**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

DOLORES A. RIKARD                                                                PLAINTIFF

V.                                                                                            CIVIL ACTION NO.
                                                                                              2:07-CV-162-P-A

MICHAEL J. ASTRUE,
Commissioner of Social Security                                              DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day,

It is, hereby,

**ORDERED:**

That the final decision of the Commissioner of Social Security is reversed and this case is remanded to the Commissioner for further consideration in accordance with the Memorandum Opinion and this final judgment.

This the 18th day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE